IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

OLA W. LAWAL,

    Petitioner,

v.                                Civil Action No. 3:16CV721

FARMVILLE DETENTION CENTER,

    Respondent.

**MEMORANDUM OPINION**

Ola W. Lawal, a federal detainee proceeding pro se, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on September 26, 2016, the Court directed Lawal, within eleven (11) days of the date of entry thereof, to complete and return the standardized form for filing a § 2241 petition as required by Eastern District of Virginia Local Civil Rule 83.4(A). The Court warned Lawal that the failure to comply with the above directive would result in the dismissal of the action without prejudice. See Fed. R. Civ. P. 41(b).

More than eleven (11) days have elapsed since the entry of the September 26, 2016 Memorandum Order and Lawal has not responded. Accordingly, the action will be dismissed without prejudice. The Court will deny a certificate of appealability.

The Clerk is directed to send the Memorandum Opinion to Lawal.

                                                      /s/ REP
                                       Robert E. Payne
Date: November 9, 2016       Senior United States District Judge
Richmond, Virginia